IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

UNITED STATES OF AMERICA

VS.                                                                    CRIMINAL NO. 5:03cr15DCB-AGN

FREDERICK LEE WILLIAMS

### ORDER OF DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses the Criminal Indictment against the defendant, FREDERICK LEE WILLIAMS, without prejudice.

DUNN LAMPTON
United States Attorney

Date: July 23, 2007

*S/ Erin O'Leary Chalk*
By:   ERIN O'LEARY CHALK
         Assistant United States Attorney
         Mississippi Bar No. 101721

Leave of Court is granted for the filing of the foregoing dismissal.

ORDERED this  23rd  day of July, 2007.

s/ David Bramlette
UNITED STATES DISTRICT JUDGE